IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LINDA ALEXANDER,

        Plaintiff,     CV 09-6090-MA

  v.     ORDER OF DISMISSAL

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

        Defendant.

Based on the record, and plaintiff's Motion (#5) to Dismiss, this action is DISMISSED without prejudice and without costs to either party.

IT IS SO ORDERED.

DATED this  23   day of November, 2009.

                                        /s/ Malcolm F. Marsh
                                        Malcolm F. Marsh
                                        United States District Judge

1 - ORDER OF DISMISSAL